## JACK PALMER v. STATE OF NEBRASKA.

FILED DECEMBER 12, 1929. No. 26956.

*F. L. Carrico,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Homer L. Kyle, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by Jack Palmer for a review of the judgment of the district court for Adams county wherein he was convicted of the crime of chicken stealing.

We have carefully considered all alleged errors assigned by plaintiff in error and find that the record is free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.